UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven R. Mironowski, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Company<br><br>Defendant. | Case No.  1:22-cv-00675-JLT-CDB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 08/15/2023.

August 15, 2023                                        KEITH HOLLAND, CLERK

                                                                  By: /s/  R. Gonzalez,
                                                                  Deputy Clerk