# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MIRONOWSKI and RUBEN MIRONOWSKI,<br><br>   Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>   Defendant. | Case No.: 1:22-cv-00675-JLT-CDB<br><br>District Judge: Jennifer L. Thurston<br><br>**[~~PROPOSED~~] ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs STEVEN MIRONOWSKI and RUBEN MIRONOWSKI ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FMC will pay $22,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to satisfy Plaintiffs' attorneys' fees, costs and expenses for $22,000.00. Payment is to be made to counsel for Plaintiffs within 60 days of entry of this Order.

IT IS SO ORDERED.

Dated:   **September 12, 2023**                         _/s/ Jennifer L. Thurston_
                                                                          UNITED STATES DISTRICT JUDGE